## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CASE NO. 1:24-CV-00150-FDW

| | | |
|---|---|---|
| LAURA HERRMANN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Consent Motion to Remand, (Doc. No. 9). For the reasons stated in the motion, it is GRANTED. The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby remands the case under sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**IT IS SO ORDERED.**

Signed: October 15, 2024

Frank D. Whitney
United States District Judge

1