# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Laura Herrmann, ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), ) | 1:24-cv-00150-FDW |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social Security, ) | |
| Defendant(s). ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 15, 2024 Order.

October 15, 2024

Katherine Hord Simon, Clerk
United States District Court